UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Grace Albanese,<br><br>    Plaintiff<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>    Defendant | 2:17-cv-01795-JAD-GWF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

On January 11, 2018, Magistrate Judge George Foley recommended denial of pro se plaintiff and vexatious litigant Grace Albanese's[1] application to proceed *in forma pauperis* and dismissal of her complaint.[2] Albanese had until January 25, 2018, to file an objection to the recommendation, but that deadline has come and gone, and she has remained silent.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**. Albanese's pauper application **[ECF No. 1] is DENIED** and **this case is DISMISSED**. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

DATED: February 16, 2018.

                                                          _____
                                                          U.S. District Judge Jennifer A. Dorsey

---

[1] Upon recommendation by Magistrate Judge Ferenbach, I declared Grace Albanese a vexatious litigant in one of the 45 frivolous cases that Albanese has filed in this district since March 2016. *See Albanese v. Fed. Bureau of Investigations*, 2:17-cv-01599-JAD-VCF, ECF No. 7.

[2] ECF No. 3.

[3] *See generally* docket report case no. 2:17-cv-01795-JAD-GWF.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).